

**COURT OF APPEALS FOR THE
FIRST DISTRICT OF TEXAS AT HOUSTON**

ORDER

Appellate case name:      Jackie Anderson, Patrick Cockerham, Diann Banks, Herbert Lenton, and Mable Caleb v. Terry Grier, Superintendent of the Houston Independent School District

Appellate case number:   01-15-00285-CV

Trial court case number:  2010-21712

Trial court:                   164th District Court of Harris County

"Appellee's Report Regarding Status of Settlement Discussions" filed on July 15, 2016 informed the Court that the Board of Trustees for the Houston Independent School District Board will be considering a settlement offer at its scheduled meeting in August 2016. The Court requests that the parties file an updated status report regarding this case **within 3 days of the August board meeting**.

It is so ORDERED.


Judge's signature: /s/ Michael Massengale
                              ☑ Acting individually     ☐ Acting for the Court


Date: July 21, 2016